In the Matter of the Assignment of S. FREDERIC MILLS et al., Individually and as Copartners under the Firm Name of MILLS BROS. & COMPANY.

In the Matter of the Accounting of EDWARD HARDING, as Assignee of S. FREDERIC MILLS et al., Respondent.

EFFINGHAM MAYNARD et al., Appellants; ANNIE M. MILLS, Respondent.

*Matter of Mills*, 136 App. Div. 930, affirmed.
(Argued June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1910, which affirmed an order of Special Term confirming the report of a referee appointed to take and state the accounts of the assignee herein.

*H. Snowden Marshall* and *Grenville T. Emmet* for appellants.

*William Bell Wait, Jr.*, and *Henry Crofut White* for respondent.

Order affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.